IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THOMAS POWERS )
PLAINTIFF/APPELLANT )
VS. )
Sharlene Corzuchy et al; ) CASE NO. 19-4717
DEFENDANTS ) FOR APPEAL FROM THE CENTRAL
 ) DISTRICT OF ILLINOIS

## DOCKETING STATEMENT

1). THE DATE OF THE ENTRY OF JUDGEMENT OF DECREE SOUGHT TO BE REVIEWED IS August 1st, 2019.

2) DISPOSITION OF ANY SUCH MOTION AND DATE OF ITS ENTRY IS August 1st, 2019.

3). FULL NAME OF APPELLANT FILING THIS STATEMENT:
THOMAS POWERS  ILLINOIS DEPARTMENT OF HUMAN SERVICES "TDF"
17019 COUNTY FARM ROAD
RUSHVILLE ILLINOIS 62681

4). FULL NAME OF APPELLEE
Sharlene Corzuchy
ILLINOIS DEPARTMENT OF HUMAN SERVICES TREATMENT AND DETENTION FACILITY
17019 COUNTY FARM ROAD
RUSHVILLE ILLINOIS 62681

5). APPROXIMATE DURATION OF TRIAL COURT PROCEEDING TO BE TRANSCCRIBED:
FIFTEEN MINUTES JULY 22,2019 and JULY 30, 2019.

6). ARGUMENTS THAT MAY BE RAISED ON APPEAL:

THE DISTRICT COURT DECLARED THAT THE PLAINTIFF IS NOT INDIGENT EVEN WHERE THE PLAINTIFF EARNS "NO MONIES" AND IS WELL BELOW THE POVERTY STANDARD OF OUR AMAZING COUNTRY.

THE DISTRICT COURT ERRED BY NOT CONSIDERING LITIGATION EXPENSES OUTWEIGHED SETTLEMENT OF SIX CASES IN THE MATTER OF POWERS VS CLAYTON 14-3306/POWERS VS. HANKINS 13-3097/POWERS VS HANKINS 16-4132/POWERS VS. HOUGAS 15-4056/POWERS VS SCOTT 16-4053/POWERS VS DREDGE 17-4018 and POWERS VS ARAMARK 16-4244 IN ADDITION TO THE PLAINTIFF'S "PRO-SE" REPRESENTATION IN THE MATTER OF THE DETENTION OF THOMAS POWERS CASE NO. 12-MR 419. THAT "ALL" MONIES THAT CAME FROM THE SETTLEMENT OF THE STATED MATTERS. PLAINTIFF RECEIVES NO MONIES AND CAN NOT EARN MONIES OR CONDUCT A BUSINESS, OR IS A FREE LOADING SCOUNDREL.

THE DISTRICT COURT ERRED BY NOT CONVERTING THE "UNCONSTITUTIONAL" PRACTICE OF PLAINTIFF'S WORK AT THE "TDF" IS PAID IN "LIFE REWARD POINTS". AND NOT THE FEDERAL MININUM/US CURRENCY.TDF POINTS ONLY TO BE USED AT THE "COMPANY STORE". EVEN A PRISONER EARNS U.S. CURRENCY.

7). THE PLAINTIFF OWES HIS SOUL TO THE COMPANY STORE!"WHAT DO YOU GET WHEN WHEN YOU LOAD SIXTEEN TONS,ANOTHER DAY OLDER AND DEEPER IN DEBT. SO ST. PETER DO NOT GIVE ME A CALL WHEN I DIE BECAUSE I OWE MY SOUL TO THE "COM-PANY STORE".

RESPECTFULLY SUBMITTED;
_Thomas Powers_
THOMAS POWERS

Shelton, Lynne

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Thursday, August 01, 2019 3:03 PM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 4:19-cv-04117-JBM Powers v. Caraway et al Order on Motion for Leave to Proceed in forma pauperis |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

## Notice of Electronic Filing

The following transaction was entered on 8/1/2019 at 3:02 PM CDT and filed on 8/1/2019
**Case Name:** Powers v. Caraway et al
**Case Number:** 4:19-cv-04117-JBM
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**ORDER entered by Judge Joe Billy McDade on 8/1/2019. IT IS THEREFORE ORDERED: 1) Plaintiff's request for in forma pauperis status and requests for waiver of the partial filing fee or conversion of life reward points ECF [3],[7] and [8] are all DENIED. 2) The June 11, 2019 order allowing Plaintiff to proceed in forma pauperis upon payment of a $44.25 partial filing fee is VACATED. Plaintiff must pay the full $400 filing fee within 30 days or risk dismissal of this case without prejudice. 3) Plaintiff's request for recruitment of pro bono counsel ECF [5], is DENIED with leave to reassert if he pays the $400 filing fee within 30 days. SEE FULL WRITTEN ORDER.(SAG, ilcd)**

4:19-cv-04117-JBM Notice has been electronically mailed to:

4:19-cv-04117-JBM Notice has been delivered by other means to:

Thomas Powers
906548
RUSHVILLE
IL Department of Human Services
Sexually Violent Persons Treatment & Detention Facility
17019 County Farm Road
Rushville, IL 62681

1