# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## AMENDED ORDER

April 20, 2020

Before

JOEL M. FLAUM, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 19-2478 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>KRISTA WILCOXEN, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04090-CSB<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

| No. 19-2479 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>GRACE HOU, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04119-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

| | |
|---|---|
| No. 19-2480 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>GREGG SCOTT, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04136-CSB<br>Central District of Illinois<br>District Judge Colin S. Bruce ||

| | |
|---|---|
| No. 19-2483 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>GREGG SCOTT, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04093-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

| | |
|---|---|
| No. 19-2490 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>SHARLENE CARAWAY, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04117-JBM<br>Central District of Illinois<br>District Judge Joe Billy McDade ||

| | |
|---|---|
| No. 19-2804 | THOMAS POWERS,<br>Plaintiff - Appellant |

Nos. 19-2478, et al., Page 3

|  | v.<br><br>ASHLEY MCCOY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:19-cv-04135-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

This court has considered the district courts' orders denying Thomas Powers's motions to waive his initial partial filing fees, the district courts' final orders, the records on appeal, and Powers's motions to proceed in forma pauperis in each of these appeals. The district courts appropriately concluded that Powers has attempted to evade his obligation to pay required fees and costs when able to do so, relying on the timing and frequency of Powers's lawsuits and his motions to proceed in forma paupers and then waive the initial partial filing fee in most of his thirty lawsuits filed since 2012. Powers has not identified a potentially-meritorious argument that the district courts erred. Accordingly,

**IT IS ORDERED** that Powers's motions to proceed in forma pauperis are **DENIED**. Powers shall pay the required docketing fees within 14 days, or these appeals will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that in light of his filing history and abuse of the district courts' partial filing fee procedure, Powers has forfeited the privilege of proceeding in forma pauperis in any new or pending case or appeal until he had paid, in full, all outstanding fees and costs for all of his lawsuits. *See In re City of Chicago*, 500 F.3d 582, 583 (7th Cir. 2007); *Campbell v. Clarke*, 481 F.3d 967 (7th Cir. 2007). In any application to proceed in forma pauperis or motion to lift this restriction, Powers must provide (under oath) a complete list of all of his federal suits and proof that all of his financial obligations with respect to these suits have been met. *See In re City of Chicago*, 500 F.3d at 583. This order does not apply to criminal cases or petitions challenging the terms of his confinement, and will be lifted immediately once Powers makes full payment. *See id.* at 585-86. If Powers, despite his best efforts, is unable to pay in full all outstanding sanctions and filing fees, no earlier than two years from the date of this order he is authorized to submit to this court a motion to modify or rescind this order. *See id.*; *Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam).